UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 3:15-cv-02592-SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 15, 2016** |

The Case Management Conference currently scheduled for December 11, 2015 is continued to Friday, January 15, 2016 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
SUSAN ILLSTON
United States District Judge