UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD CASUALTY INSURANCE COMPANY,

        Plaintiff,

   v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

        Defendants.

Case No. 15-cv-02592-SI

**ORDER ON JUDICIAL NOTICE**

Re: Dkt. No. 45

Fireman's Fund Insurance Company filed a motion to dismiss Hartford Casualty Insurance Company's second amended complaint ("SAC"). *See* Dkt. 44. In support of its motion Fireman's filed a request for judicial notice. Dkt. 45. Fireman's requests that the Court take judicial notice of a certified copy of the Limited Liability Company Articles of Incorporation of Herndon Partners, LLC, filed in the office of the Secretary of State of California on April 9, 2003. *See id.* Federal Rule of Evidence 201 permits a court to take judicial notice of facts "not subject to reasonable dispute . . . ." Fed. R. Evid. 201. While "a court may take judicial notice of the existence of matters of public record, such as a prior order or decision," it should not take notice of "the truth of the facts cited therein." *Marsh v. San Diego Cnty.,* 432 F. Supp. 2d 1035, 1043 (S.D. Cal. 2006) (citations omitted). This Court will accordingly take judicial notice of the existence of this filing, as it is not subject to reasonable dispute.

**IT IS SO ORDERED**.

Dated: January 13, 2016

SUSAN ILLSTON
United States District Judge