UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD CASUALTY INSURANCE COMPANY,

        Plaintiffs,

    v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

        Defendants.

Case No. 15-cv-02592-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 15, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 30, 2016.

DESIGNATION OF EXPERTS: 7/11/16; REBUTTAL: 7/29/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 26, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 2, 2016;
    Opp. Due: September 16, 2016; Reply Due: September 23, 2016;
    and set for hearing no later than October 7, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 1, 2016 at 3:30 PM.

JURY TRIAL DATE: November 14, 2016 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be n/a days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
**By January 22, 2016, the parties shall meet and confer to determine the ADR process that they will be participating in before June 30, 2016.**

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 1/19/16

_____
SUSAN ILLSTON
United States District Judge