1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; BURNS & WILCOX INSURANCE SERVICES, INC., a California Corporation; and DOES 1 to 50,<br><br>Defendants.<br><br>BURNS & WILCOX INSURANCE SERVICES, a California Corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>MALIBU PACIFIC INSURANCE AGENCY, INC., and ROES 1-100, inclusive,<br><br>Cross-Defendants | CASE NO.: 3:15-cv-02592-SI<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Judge:** Hon. Susan Illston<br>**Conference Date:** June 9, 2016<br>**Conference Time:** 3:00 p.m.<br>**Conference Location:** Courtroom 1, 17th Floor |

///

///

///

---

1

UPDATED JOINT CASE MANAGEMENT                                CASE NO. 3:15-CV-02592-SI
CONFERENCE STATEMENT

1  Pursuant to the Court's April 18, 2016 Minute Order (Dkt. 69), the parties to this action
2 jointly submit this Updated Joint Case Management Conference Statement.
3  On May 24, 2016, the parties participated at a private mediation with Justice Edward
4 Panelli (Ret.).  The case did not settle.
5  Two motions for summary judgment are on-file.  Fireman's Fund Insurance Company's
6 Motion for Summary Judgment (Dkt. 74) is set to be heard on June 17, 2016; Burns & Wilcox
7 Insurance Services, Inc.'s Motion for Summary Judgment (Dkt. 76) is set to be heard on July 8,
8 2016.
9  Written discovery continues and one deposition (cross-defendant Mosen O'Hadi) has
10 occurred.  Further depositions have been noticed for June 2016.
11  Should the case go to trial, Fireman's Fund proposes that the equitable actions, e.g.,
12 rescission and reformation, be tried to the court first as potentially dispositive of the entire case.

Dated:  May 25, 2016                    MORALES FIERRO & REEVES


                                         By:   /s/ Laurence Near
                                              Ramiro Morales
                                              Laurence Near
                                              Attorneys for Defendant
                                              FIREMAN'S FUND INSURANCE CO.


Dated:  May 25, 2016                    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


                                         By:   /s/ Joshua N. Kastan
                                              Stephen M. Hayes
                                              Joshua N. Kastan
                                              Attorneys for Plaintiff
                                              HARTFORD CASUALTY INSURANCE CO.


Dated:  May 25, 2016                    WOLFE & WYMAN, LLP


                                         By:   /s/ Brian H. Gunn
                                              Brian H. Gunn
                                              Attorneys for Defendant
                                              BURNS&WILCOX INSURANCE SERVICES, INC.

1  Dated: May 25, 2016			HANSEN, KOHLS, SOMMER & JACOB, LLP

2

3					By:	/s/ Bret N. Batchman
						Christine E. Jacob
						Bret N. Batchman
4						Attorneys for Cross-Defendant
						MOSEN O'HADI
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

UPDATED JOINT CASE MANAGEMENT					CASE NO. 3:15-CV-02592-SI
CONFERENCE STATEMENT