# CURRICULUM VITAE

## EDWARD J. MCKINNON



## EDUCATION

**University of Maryland and Merrit College, Oakland, California,** 1966 - 1967

## MILITARY SERVICE

**U.S. Army Intelligence Corps,** 1966-1969.  Including service in Vietnam, 1968.

## PROFESSIONAL EXPERIENCE

**GAB (General Adjustment Bureau),** 1969-1973

Multi-line claims adjuster, handling all types of claims from auto and homeowners to large commercial property and casualty losses.

**Harbor Insurance Co.,**  1973-1988

Adjuster, 1973-1974
Assistant Branch Manager, 1974-1977
Home Office Property Claims Manager, 1977-1978
Assistant Vice President, 1978-1980
Vice President and General Claims Manager, 1980-1987
Senior Vice President, 1988
Member, Board of Directors, 1988

**Claims Resource Management, Inc./ACCLAIM Administrators**  1988-Present

President and founder

## PROFESSIONAL AFFILIATIONS

**Excess/Surplus Lines Claims Association**

President, 1986
Member, Board of Directors, 1984-1987

**claims resource management, inc.**
P.O. Box 250 • 33345 Santiago Road • Acton, California 93510
Telephone: (661) 265-6400 • Fax: (661) 265-6450 • www.crmi.com

March 2013

OTHER PROFESSIONAL AFFILIATIONS (CONTINUED)

**Federation of Defense and Corporate Counsel**

Committee on Alternate Fee Arrangements, 1993
Litigation Management College Faculty, 1994-1996
Vice Chairman - Excess/Surplus Lines Section, 1996-1998
Litigation Management College Advisory Council, 1997-1998
Chairman - Excess/Surplus Lines Section, 1998-2000
Vice Chair - Technology and E-Commerce Committee, 1999-2003
Chair - Technology and E-Commerce Committee, 2003 -

OTHER PROFESSIONAL ACTIVITIES

**Insurance Institute of America**
Instructor, 1979.

**Fox & Co., Certified Public Accountants, Los Angeles.**
Speaker on **Business Interruption Claims Evaluation**, June 1980.

**Law Offices of Buchalter, Nemer, Fields & Younger, Los Angeles.**
Speaker on **Insurance Company Operations**, August 1988.

**Excess/Surplus Lines Claims Association, Marco Island, Florida.**
Panelist, **Panel on Current Reinsurance Issues**, September 1988.

**Law Offices of Sheft & Sweeny, New York.**
Conducted Seminar on **Current Trends in Directors & Officers Claims**, March, 1989.

**Property Claims Forum of Sacramento, California**.
Panelist, **Contamination Seminar,** May 1989.

**Property Loss Research Bureau, San Diego, California.**
Panelist, **Contamination Workshop**, March 1990.

**Excess/Surplus Lines Claims Association, Sandestin, Florida.**
Panelist, **Panel on Alternatives to Lawyers for Claim Work,** October 1990.

**FICC Claim College**
Faculty, 1995-1996.

**Mealey Publications, Inc., Conference, Laguna Niguel, California.**
Speaker on **Recent Trends in Directors and Officers Insurance**, February 1997.

**Home Builders Association, Seminar, San Luis Obispo, California.**
Panelist, **Responding to the Mold Menace**, May 2002.

*claims resource management, inc.*
P.O. Box 250 • 33345 Santiago Road • Acton, California 93510
Telephone: (661) 265-6400 • Fax: (661) 265-6450 • www.crmi.com

March 2013

OTHER PROFESSIONAL ACTIVITIES CONTINUED

**Pismo Coast Association of Realtors, Seminar, San Luis Obispo, California.**
Panelist, **Responding to the Mold Menace**, July 2002.

**Atascadero Association of Realtors, Seminar, Atascadero, California.**
Panelist, **Responding to the Mold Menace**, November 2002.

**San Joaquin Environmental, Inc., Seminar, Fresno, California.**
Panelist, on **Mold and Insurance**, August 2003.

**Joint International Conference, Barcelona, Spain.**
Speaker on **International Product Safety**, May 2004.

**American Bar Association, Insurance Coverage Litigation Committee, CLE Seminar, Tucson, Arizona.**
Speaker on **Insurance Expert Witnesses**, March 2005.

**Association of Southern California Defense Counsel, 46th Annual Seminar, Los Angeles, California**
Panelist, **Handling Professional Liability Claims,** February 2007.

**Association of Southern California Defense Counsel, 52nd Annual Seminar, Los Angeles, California**
Speaker on **How Come My Case Never Gets to Trial?**, February 2013.

OTHER

**Licensed Insurance Adjuster in:**
> **Alaska, license number 33891**
> **Arizona, license number 1039675**
> **California, license number 2772917**
> **Connecticut, license number 995443**
> **Florida, license number E078596**
> **Idaho, license number 311435**
> **Nevada, license number 84179**
> **New Mexico, license number 157821**
> **North Carolina, license number 394822**
> **Oregon, license number 745003**
> **South Carolina, license number 369563**
> **Texas, license number 1232983**
> **Utah, license number 206857**
> **Washington, license number 116436**

**Registered Professional Adjuster, register number 170**

**ARIAS U.S. Certified Arbitrator**

**claims resource management, inc.**
P.O. Box 250 • 33345 Santiago Road • Acton, California 93510
Telephone: (661) 265-6400 • Fax: (661) 265-6450 • www.crmi.com

March 2013