UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No. 15-cv-02592-SI<br><br>**ORDER GRANTING BURNS & WILCOX INSURANCE SERVICES, INC.'S *EX PARTE* MOTION TO PERMIT FILING OF SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 128 |

On September 12, 2016, Defendant Burns & Wilcox Insurance Services, Inc. filed an *ex parte* motion for leave to file a second motion for summary judgment in this case, attaching a draft of the proposed summary judgment motion. Dkt. Nos. 124-125, 128. Plaintiff Hartford Casualty Insurance Company opposes Burns & Wilcox's motion. Dkt. No. 129.

Having reviewed the parties' submissions, the Court hereby GRANTS Burns & Wilcox's request for leave to file a second motion for summary judgment. Burns & Wilcox must file its motion by September 23, 2016. Hartford's opposition is due October 7, 2016. Burns & Wilcox's reply is due October 14, 2016. The hearing on this motion will be set for October 28, 2016 at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

This order resolves Dkt. No. 124.

**IT IS SO ORDERED**.

Dated: September 15, 2016

_____
SUSAN ILLSTON
United States District Judge