**WOLFE & WYMAN LLP** ATTORNEYS & COUNSELORS AT LAW

Brian H. Gunn     bhgunn@wolfewyman.com

Our File No: 1670-001

October 20, 2016

**Via Electronic Case Filing**

Hon. Susan Illston, Senior District Judge
Courtroom 1, 17th Floor
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    **Hartford Casualty Ins. Co. v. Fireman's Fund Ins. Co., et al.**
             Court:            U.S. District Court, Northern District of California
             Case No.:       3:15-cv-02592 DMR

Your Honor:

We are writing to you at the suggestion of Tracy Kasamoto. At present, the above-referenced matter is scheduled for a jury trial starting on **November 14, 2016**. The parties estimate that the trial will require six to seven days of witness testimony.

The problem is that it appears from the Court's docket that another trial is scheduled to start this month, and not conclude until the day before Thanksgiving. The name of the case is Bryan v. Wal-Mart Stores Inc., et al.

We believe the best solution to this conflict would be to continue our trial to the Court's first available date in 2017. Continuing our trial would have the additional benefit of giving the Court time to issue a ruling on Burns & Wilcox's motion for summary judgment, which the Court will hear on **October 28, 2016**. Summary judgment in favor of Burns & Wilcox would dispose of the entire case.

                                    Very truly yours,

                                    WOLFE & WYMAN LLP

                                    By: _____
                                    BRIAN H. GUNN

2175 N. California Blvd., Suite 645     Walnut Creek, CA 94596-3502     Voice 925.280.0004     Fax 925.280.0005
www.wolfewyman.com
CALIFORNIA        NEVADA        ARIZONA

Hon. Susan Illston, Senior District Judge
October 20, 2016
Page 2

---

BHG/sdh
2580835.1

cc: Bret N. Batchman, Esq. - Via Email *(bbatchman@hansenkohls.com)*
    HANSEN KOHLS SOMMER & JACOB LLP

   Joshua Kastan, Esq. - Via Email *(jkastan@hayesscott.com)*
   Steve Hayes, Esq. – Via Email *(shayes@hayesscott.com)*
   Angus J. Cannon, Esq. – Via Email *(acannon@hayesscott.com)*
   HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP