1  CHRISTINE E. JACOB (State Bar No. 216679)
   BRET N. BATCHMAN (State Bar No. 236311)
2  HANSEN, KOHLS, SOMMER & JACOB, LLP
   1520 EUREKA ROAD, SUITE 100
3  ROSEVILLE, CALIFORNIA 95661
   TELEPHONE: (916) 781-2550
4  FACSIMILE: (916) 781-5339
   cjacob@hansenkohls.com
5  bbatchman@hansenkohls.com

6  Attorneys for Cross-Defendant MOSEN O'HADI aka
   MOSEN OHADI, dba MALIBU PACIFIC and/or
7  MALIBU PACIFIC REAL ESTATE CO and/or
   MALIBU COASTAL INSURANCE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; BURNS & WILCOX INSURANCE SERVICES, INC., a California Corporation, and DOES 1 to 50,<br><br>Defendants.<br>_____/<br>BURNS & WILCOX INSURANCE SERVICES, INC., a California Corporation,<br><br>Cross-Complainant,<br>v.<br><br>MOSEN O'HADI aka MOSEN OHADI, dba MALIBU PACIFIC and/or MALIBU PACIFIC REAL ESTATE CO and/or MALIBU COASTAL INSURANCE SERVICES, and ROES 1 – 100, inclusive,<br><br>Cross-Defendants.<br>_____/ | Case No. 3:15-cv-02592 SI<br><br>**CROSS-DEFENDANT MOSEN O'HADI'S MOTION IN LIMINE NO. 5 FOR THE PARTIES TO PROVIDE ADVANCE NOTICE OF WITNESSES AND DOCUMENTS TO BE USED AT TRIAL**<br><br><br>Complaint<br>Filed:     June 10, 2015<br>Trial:      November 14, 2016 |

# I.
# INTRODUCTION

Cross-Defendant MOSEN O'HADI ("O'Hadi") hereby moves this Court, in limine, for an Order requiring the parties to provide each other with advance notice of any witnesses expected to be called at trial and documents, not previously admitted, which a party intends to admit into evidence or elicit witness testimony. It is requested that notice of such documents and witnesses be provided no later than 5:00 p.m. the court day before their use at trial.

# II.
# AUTHORITY FOR MOTIONS IN LIMINE

A motion in limine is "any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40 (1984). Although motions in limine are not expressly authorized by the Federal Rules of Civil Procedure or the Federal Rules of Evidence, it is recognized that such motions are proper requests which the trial court has the inherent power to entertain and grant. *See Ohler v. United States*, 529 U.S. 753, 758 (2000); *Padillas v. Stork-Gamco, Inc.*, 186 F.3d 412, 417 (3rd Cir. 1999); *United States v. Cook*, 608 F.2d 1175, 1186 (9th Cir. 1979) (explaining that the matter should be left to trial court's discretion "with a reminder that advance planning helps both parties and the court"); *Luce v. United States*, 469 U.S. 38, 41 (1984); *United States v. Holmquist*, 36 F.3d 154, 163 (1st Cir. 1994).

# III.
# ARGUMENT

**A.  The Parties Should Provide Advance Notice Of Each Witness And Each Document, Not Previously Admitted, It Intends To Use At Trial**

O'Hadi hereby moves this Court, in limine, for an order instructing the parties to:

1. Advise the court and each other no later than 5:00 p.m. the court day before of any witnesses a party intends to call at trial; and

2. Advise the court and each other no later than 5:00 p.m. the court day before of their intent to admit specific documents, not previously admitted, which a party intends to admit into evidence or elicit witness testimony; and

1          3.      Abstain from specifically referring to any documents until the other parties have had the opportunity to request a hearing on admissibility out of the jury's presence.

This motion for advance notice of documents and witnesses prior to presentation at trial arises primarily because of the large number of documents available in this matter, some of which may be inadmissible. The above order would allow the parties to adequately prepare for trial in this matter. The order would ensure a faster, more expedient trial, avoid prejudice, and provide each party an opportunity to object after proper notice and would thereby prevent surprise at trial.

## IV.

## CONCLUSION

Based on the foregoing, O'Hadi respectfully requests that the aforementioned order be issued.

DATED: October 25, 2016          Respectfully submitted

HANSEN, KOHLS, SOMMER & JACOB, LLP

By:     /s/ BRET N. BATCHMAN
Attorneys for Cross-Defendant MOSEN O'HADI aka MOSEN OHADI, dba MALIBU PACIFIC and/or MALIBU PACIFIC REAL ESTATE CO and/or MALIBU COASTAL INSURANCE SERVICES