UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 15-cv-02592-SI<br><br>**JUDGMENT** |

The Court granted summary judgment for defendants. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 16, 2016

_____
SUSAN ILLSTON
United States District Judge